UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

          - against -            :

EUELL LEWIS,                      :

                Defendant.   :

- - - - - - - - - - - - - - - - - -x

**ORDER**

09 Cr. 640 (DC)

**CHIN, Circuit Judge:**

          On February 22, 2016, this Court issued a warrant for the arrest of defendant Euell Lewis in connection with a violation of his conditions of supervised release proceeding brought by the United States Probation Office ("Probation") on October 1, 2015.  On April 14, 2020, this Court granted Probation's request to withdraw the violation and close the case. As a consequence, IT IS HEREBY ORDERED that the February 22, 2016 warrant is VACATED. The Clerk of the Court is directed to transmit a copy of this Order to the United States Marshal's Office.

          SO ORDERED.

Dated:   New York, New York
         April 21, 2020

                         ___s/Denny Chin_____
                         DENNY CHIN
                         United States Circuit Judge
                         Sitting By Designation